```
1  Anoush Hakimi (SBN 228858)
   anoush@handslawgroup.com
2  Peter Shahriari (SBN 237074)
3  peter@handslawgroup.com
   Laura Steven (SBN 332168)
4  laura@handslawgroup.com
5  THE LAW OFFICE OF HAKIMI & SHAHRIARI
   1800 Vine Street,
6  Los Angeles, CA 90028
7  Telephone: (888) 635-2250
   Facsimile: (213) 402-2170
8
9  Attorneys for Plaintiff
   GEORGE JONES
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SHAHNUM JOSHUA MEHDIAN, an individual; and Does 1-10, <br><br> Defendants. | CASE NO.: 2:22-cv-00448-SB-RAO <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> The Hon. Stanley Blumenfeld, Jr. <br> Trial Date: Not on Calendar |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court

1

JOINT NOTICE OF SETTLEMENT

schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: April 28, 2022          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: */s/Anoush Hakimi*
 Anoush Hakimi, Esq.
 Attorney for Plaintiff, George Jones

DATED:  April 29, 2022          **LAW OFFICES OF JOSEPH MISKABI**

By: */s/ Joseph Miskabi*
 Joseph Miskabi, Esq.
 Attorney for Defendant, Shahnum Joshua Mehdian

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff George Jones